AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>JULIO ESPINOZA-DeJESUS | Case No: 2:04-CR-0270 RCJ-LRL<br>USM No: 39197-048 |
| Date of Original Judgment: 09/22/2005<br>Date of Previous Amended Judgment: 12/14/2007<br>*(Use Date of Last Amended Judgment if Any)* | NISHA BROOKS WHITTINGTON (AFPD)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 160 months **is reduced to** 130 MONTHS .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/14/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/30/2014

*Judge's signature*

Effective Date: 02/09/2015       ROBERT C. JONES, U.S. District Judge
*(if different from order date)*       *Printed name and title*