Case 2:04-cr-00270-RCJ-LRL   Document 72   Filed 04/13/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| JULIO ESPINOZA-DeJESUS | ) | Case No: | 2:04-CR-0270 RCJ-LRL |
| | ) | USM No: | 39197-048 |
| Date of Original Judgment: 08/22/2005 | ) | | |
| Date of Previous Amended Judgment: 12/30/2014 | ) | NISHA BROOKS WHITTINGTON, AFPD | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

**\*AMENDED ORDER AND MODIFIED JUDGMENT**

**ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion/stipulation of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   160   months **is reduced to**   130 MONTHS   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/14/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 13, 2015

*Judge's signature*

\* Effective Date:   11/01/2015
*(if different from order date)*

ROBERT C. JONES - UNITED STATES DISTRICT JUDGE
*Printed name and title*

\*Asterisk identifies amendments

(Rev. for NVD 02/15)